# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JESUS MANUEL RAMOS ALCALA | § | |
| | § | Civil Action No.  4:18-CV-579 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |
| | § | |

## <u>MEMORANDUM OPINION AND ORDER</u>

The Court, having reviewed Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act (Dkt. #20) and Commissioner's Response (Dkt. #22), wherein Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted.  Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act (Dkt. #20) is **GRANTED**, and the Commissioner is directed to pay seven thousand, two hundred dollars ($7,200.00) in attorney's fees plus court costs of four hundred dollars ($400.00), for a total award of seven thousand six-hundred dollars ($7,600.00).  Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

**SIGNED this 16th day of June, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE